Submitted on briefs March 9, affirmed March 15, 1971

## STATE OF OREGON, *Respondent, v.* DAVID BUTLER KNIGHTEN, *Appellant.*

482 P2d 190

Gerald R. Pullen, Portland, for appellant.

Jacob B. Tanzer, Solicitor General, and Lee Johnson, Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

MEMORANDUM DECISION.